MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                  v.<br><br>JOHNNY MENDOZA,<br><br>                         Defendant. | CASE NO.  1:24-CR-000233-KES-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: February 26, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.      This case set for status conference on February 26, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to May 28, 2025, and to exclude the time period between February 26, 2025 and May 28, 2025 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2.      By previous order, this matter was set for status conference on February 26, 2025.  By this stipulation, defendant now moves to continue the status conference until May 28, 2025, and to exclude time between February 26, 2025, and May 28, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case

includes numerous investigative reports, forensic/ballistics evidence, and audio/video evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In December 2024 and February 2025, the government produced supplemental discovery.

b)      Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2025 to May 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 18, 2025                    MICHELE BECKWITH
                                             Acting United States Attorney


                                             /s/ JEFFREY A. SPIVAK
                                             JEFFREY A. SPIVAK
                                             Assistant United States Attorney

Dated:  February 18, 2025                    HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Erin Snider
                                             Erin Snider
                                             Assistant Federal Defender
                                             Counsel for Defendant


## ORDER

IT IS SO ORDERED that the status conference is continued from February 26, 2025, to **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **February 19, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE