1  MICHELE BECKWITH
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00233-KES-BAM

11                        Plaintiff,       STIPULATION AND PROTECTIVE ORDER
                                           BETWEEN THE UNITED STATES AND
12              v.                         DEFENDANT

13  JOHNNY MENDOZA,
          aka "Sonny,"
14
                          Defendant.
15

16          WHEREAS, the discovery in this case is voluminous and contains a large amount of personal

17  and confidential information including but not limited to dates of birth, telephone numbers, residential

18  addresses, social security numbers and other confidential information ("Protected Information"); and

19          WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

20  unauthorized disclosure or dissemination of this information to anyone not a party to the court

21  proceedings in this matter;

22          The parties agree that entry of a stipulated protective order is appropriate.

23          THEREFORE, Defendant JOHHNY MENDOZA by and through his counsel of record

24  ("Defense Counsel"), and the United States of America, by and through Assistant United States

25  Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

26          1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

27  Criminal Procedure, and its general supervisory authority.

28

   PROTECTIVE ORDER                           1

2.    This Order pertains to certain discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery, except as agreed to by the United States of America ("Government").  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4.    To the extent possible, to alleviate the time burden associated with defense counsel redacting Protected Information to give defendant copies of discovery documents, the government will endeavor to identify categories of documents and/or Bates ranges of produced discovery documents that may be provided to the defendant for temporary review without redaction.

5.    The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

6.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7.    Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

PROTECTIVE ORDER

2

1    Dated: February 6, 2025                          MICHELE BECKWITH
                                                      Acting United States Attorney
2

3                                          By:   /s/Jeffrey A. Spivak
                                                 JEFFREY A. SPIVAK
4                                                Assistant United States Attorney

5

6

7    Dated: February 6, 2025                          HEATHER WILLIAMS
                                                      Federal Defender
8
                                           By:   /s/ Erin Snider
9                                                Erin Snider
                                                 Attorney for Defendant
10                                               JOHNNY MENDOZA

11                                         **ORDER**

12

13
     IT IS SO ORDERED.
14

15     Dated:   **February 19, 2025**              /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER                                 3